**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-10256-RWZ |
| | ) | |
| KINGSLEY R. CHIN, et. al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please note the withdrawal of David G. Lazarus as counsel for the United States of

America in this matter.

Respectfully submitted,

NATHANIEL R. MENDELL
ACTING UNITED STATES ATTORNEY

Dated:  November 4, 2021

*/s David G. Lazarus*
DAVID G. LAZARUS
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
David.lazarus2@usdoj.gov