UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v. )<br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTEIR, INC.,<br>        Defendants ) | No. 21-CR-10256 |

### NOTICE OF APPEARANCE

Now comes the undersigned and hereby enters his appearance in the above-captioned matter for Movant and proposed Intervenor, Jason Montone.

Respectfully Submitted,

**/s/ Michael Pabian**
Michael Pabian, Esq.
Mass. Bar No. 684589
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
pabianlaw38@gmail.com

Dated: September 11, 2023

1

## CERTIFICATE OF SERVICE

    I, Michael Pabian, hereby certify that on this date, September 11, 2023, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                      **/s/ Michael Pabian**
                                      Michael Pabian, Esq.