UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 1:21-cr-10256-IT |
| | * | |
| KINGSLEY CHIN, ADITYA HUMAD, | * | |
| and SPINEFRONTIER, INC., | * | |
| | * | |
| Defendants. | * | |

AMENDED PRETRIAL ORDER
April 23, 2024

In light of the revised trial date, it is hereby ORDERED that:

Jury selection shall commence on **September 30, 2024,** at **9:00 a.m.** A final pretrial

conference shall be held on **October 3, 2024,** at **2:30 p.m.** Trial shall commence on **October 7,**

**2024,** at **9:00 a.m.** Trial shall be in recess on **October 11, 2024**.

I.  **Government Disclosures**: The government shall by **September 2, 2024**:

   A.  **Exculpatory Information**: Disclose to the defendant the exculpatory information
       identified in Local Rule 116.2 that has not been previously produced;

   B.  **Prior Bad Acts Evidence**: Disclose to the defendant a general description
       (including the approximate date, time, and place) of any crime, wrong, or act the
       government proposes to offer pursuant to Fed. R. Evid. 404(b)**:**

   C.  **Witnesses**: Absent written objection, provide the defendants with the names and
       addresses of witnesses the government intends to call at trial in its case-in-chief. If
       the government subsequently forms an intent to call any other witness, the
       government shall promptly notify the defendant of the name and address of that
       prospective witness;

   D.  **Witness Statements**: Produce statements (as defined in 18 U.S.C. § 3500(e) and
       Fed. R. Crim. P. 26.2(f)) of witnesses it intends to call in its case-in-chief;

   E.  **Exhibits**: Absent written objection, provide the defendants with copies of the
       exhibits and a premarked list of exhibits the government intends to offer in its
       case-in-chief. If the government subsequently decides to offer any additional

1

exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list.

II.    **Initial Pretrial Filings**

    A.  **Motions in Limine, Voir Dire Questions and Jury Instructions**: The parties shall by **September 9, 2024,** file proposed voir dire questions, proposed jury instructions and any motions in limine with supporting memoranda.

    B.  **Oppositions**: The parties shall by **September 16, 2024,** file responses to any motion in limine and any objections to the other party's proposed voir dire questions and jury instructions. Objections to jury instructions should include citations to authority where appropriate. If objections include proposed modifications of the voir dire questions or jury instructions, such proposed modifications shall be presented using underlining (for proposed additions) and strike-out (for proposed deletions). Parties shall also provide the clerk, by email or disc, modifiable Microsoft Word copies of this submission.

III.    **Defendants' Disclosures**: The defendant shall by **September 23, 2024**:

    A.  **Witnesses**: Absent written objection, provide the government with the names and addresses of the witnesses the defendants intend to call in their case-in-chief. If the defendants subsequently form an intent to call any other witness in their case-in-chief, they shall promptly notify the government of the name and address of that witness;

    B.  **Witness Statements**: Absent written objection, produce statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses they intend to call in their case-in-chief;

    C.  **Exhibits**: Absent written objection, provide the government with copies of the exhibits and a premarked list of the exhibits the defendants intend to offer in their case-in-chief. If the defendants subsequently decide to offer any additional exhibits in their case-in-chief, they shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

IV.    **Final Pre-Trial Filings**: The parties shall by **September 23, 2024**:

    A.  **Stipulated Facts**: File a written stipulation of any facts that they agree are not in dispute;

    B.  **Exhibits**: File a joint exhibit list of all exhibits that a party may offer at trial, identified and marked by a single sequence of numbers, regardless of which party is the proponent of an exhibit, with gaps as necessary to reflect any documents the

parties no longer may offer at trial, and including notation as to those items the party expects to offer and those it may offer if the need arises, and noting as to each document whether the opposing party: (1) objects to the document; (2) may object to the document and reserves its position on the issue at this time; or (3) has no objection to the document. The list shall be filed in the form of the chart in attached Appendix A, with notations regarding objections set forth in column 5, and columns 6 and 7 and 8 left blank;

**C.** **Witnesses**: File a list of all witnesses they may call at trial to be read to the jury during voir dire;

**D.** **Trial Brief**: File a trial brief addressing any and all foreseeable disputes concerning issues of law;

**E.** **Courtesy Copies**: Provide the court with a disc containing courtesy copies of all exhibits, numbered according to the single sequence agreed on by the parties. In addition, Parties shall provide hard copies of these documents by mail to the clerk's office. The exhibits shall be pre-marked with exhibit stickers containing the numbering set forth in the joint list of all exhibits, and should have extraneous prior exhibit numbers, exhibit stickers, or other numbering removed.

**NOTE: IF THE COURT RESCHEDULES THE TRIAL, ALL SUBMISSION DATES IN THIS ORDER REMAIN IN EFFECT UNLESS COUNSEL FILE A MOTION SEEKING LEAVE OF COURT TO MODIFY THEM TO SPECIFICALLY DESIGNATED DATES.**

Date: April 23, 2024                                        /s/ Indira Talwani
                                                           United States District Judge

3

**APPENDIX A**

**(leave columns 6-8 blank)**

**USE THIS FORMAT FOR PREPARATION OF THE EXHIBIT LIST:**

| Exhibit Number for Identification | Briefly Describe | Party Offering Exhibit | Does party expect to offer exhibit or may offer if need arises? | Does opposing side object, reserve, or have no objection? | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**SAMPLE EXHIBIT LIST**

| Exhibit Number for Identification | Briefly Describe | Party Offering Exhibit | Does party expect to offer exhibit or may offer if need arises? | Does opposing side object, reserve, or have no objection? | | | |
|---|---|---|---|---|---|---|---|
| 1 | Hospital record 1/2/2013 | Pl. | Offer | No objection | | | |
| 2 | Photo of accident scene | Def. | Offer | Reserved until trial | | | |
| 3 | Police report | Pl. | May offer | Objection | | | |

4